MANATT, PHELPS & PHILLIPS, LLP
Rebecca Torrey (SBN 153866)
RTorrey@Manatt.com
Matthew P. Kanny (SBN 167118)
MKanny@Manatt.com
11355 W. Olympic Blvd.
Los Angeles, CA 90064
Telephone: (310) 312-4000
Facsimile: (310) 312-4224

Cherise S. Latortue (SBN 274041)
CLatortue@manatt.com
695 Town Center Drive, 14th Floor
Costa Mesa, CA 92626
Telephone: (714) 371-2500
Facsimile: (714) 371-2550

Attorneys for Defendant
WALMART STORES, INC.

**ADISHIAN LAW GROUP, P.C.**
Christopher M. Adishian, Esq. (SBN 172511)
Pacific Corporate Towers
222 N. Sepulveda Blvd., Suite 2000
El Segundo, California 90245
Phone: (310) 726-0888
Fax: (866) 350-0888

Attorneys for Plaintiff ERIC SUTTON

FILED
CLERK, U.S. DISTRICT COURT
May 29, 2015
CENTRAL DISTRICT OF CALIFORNIA
BY: PMC  DEPUTY

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ERIC SUTTON,

　　　　Plaintiff,

vs.

WALMART STORES, INC., and DOES 1-50, Inclusive,

　　　　Defendants.

CASE NO. 2:14-CV-9531-SVW-JPR

[~~PROPOSED~~] ORDER RE: JOINT STIPULATION TO DISMISS ACTION WITH PREJUDICE

NOTE CHANGES MADE BY COURT

# [PROPOSED] ORDER

Upon the joint stipulation of the parties, and pursuant to Federal Rule of Civil Procedure 41:

IT IS HEREBY ORDERED THAT the First Amended Complaint filed by Plaintiff Eric Sutton against Walmart Stores, Inc., this action, and all causes of action therein, is dismissed with prejudice.

~~This Court shall have continuing jurisdiction to interpret and enforce the provisions of the settlement agreement executed by the parties.~~

IT IS SO ORDERED.

DATE: May 29, 2015

_Stephen V. Wilson_ (signature)

Hon. Stephen V. Wilson